THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Demetrio Luis Sears, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-126
Submitted February 1, 2006  Filed February 24, 2006   

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Warren B. Giese,  of Columbia, for Respondent.
 
 
 

PER CURIAM:  Demetrio Luis Sears appeals his conviction and sentence of eighteen years for attempted armed robbery.  Sears argues the trial court should have instructed the jury that he had a right to arm himself if he reasonably believed that he was acting in self-defense.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Searss appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and ANDERSON and KITTREDGE, JJ., concur.         

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.